UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII MOTORSPORTS INVESTMENT, INC., a Hawaii corporation, and its limited partner, HAWAII MOTORSPORTS CENTER LIMITED PARTNERS,<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON GROUP SERVICES, INC., formerly known as CLAYTON ENVIRONMENTAL ENGINEERING and CLAYTON ENVIRONMENTAL CONSULTANTS, INC., now known as BUREAU VERITAS NORTH AMERICA, INC., a Delaware corporation doing business in Hawaii; DOES 1-10,<br><br>Defendants.<br>_____ | CIVIL NO. CV 09-00304 SOM BMK<br><br>CERTIFICATE OF SERVICE<br><br>(RE: PLAINTIFFS' *MEMORANDUM IN OPPOSITION* TO DEFENDANT BUREAU VERITAS NORTH AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO **INJURIOUS FALSEHOOD/ SLANDER OF TITLE/TRADE LIBEL** [DKT. NO. 115], FILED ON MAY 31, 2010, AND *COUNTER-MOTION* FOR PARTIAL SUMMARY JUDGMENT REGARDING THE SAME) |

CERTIFICATE OF SERVICE

The undersigned herby certifies that on July19, 2010, a copy of

PLAINTIFFS' *MEMORANDUM IN OPPOSITION* TO DEFENDANT

BUREAU VERITAS NORTH AMERICA, INC.'S MOTION FOR PARTIAL

SUMMARY JUDGMENT AS TO **INJURIOUS FALSEHOOD/**

**SLANDER OF TITLE/TRADE LIBEL** [DKT. NO. 115], FILED ON MAY 31,

2010, AND *COUNTER-MOTION* FOR PARTIAL SUMMARY JUDGMENT REGARDING THE SAME was duly served as described below upon the following parties:

<u>Electronically through CM/ECF:</u>

    ROBERT E. BADGER      rebadger@bawlawhawaii.com
    SCOTT C. ARAKAKI
    BADGER ARAKAKI WORSHAM, LLLC
    900 Fort Street Mall, Suite 1140
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    BUREAU VERITAS NORTH AMERICA, INC.

Dated:  Honolulu, Hawaii, July 19, 2010.

                                /s/ REX Y. FUJICHAKU
                                MARGERY S. BRONSTER
                                REX Y. FUJICHAKU
                                MARGUERITE S. NOZAKI
                                Attorneys for Plaintiffs