IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII MOTORSPORTS INVESTMENT, INC. a Hawaii corporation; HAWAII MOTORSPORTS CENTER LIMITED PARTNERS,<br><br>          Plaintiff(s),<br><br>  vs.<br><br>CLAYTON GROUP SERVICES, INC., formerly known as CLAYTON ENVIRONMENTAL ENGINEERING and CLAYTON ENVIRONMENTAL CONSULTANTS, INC., now known as BUREAU VERITAS NORTH AMERICA, INC., a Delaware corporation doing business in Hawaii; DOES 1-10,<br><br>          Defendant(s).<br>_____ | CV 09-00304 SOM-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on September 30, 2010 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 22, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

HAWAII MOTORSPORTS INVESTMENT, INC., et al. v. CLAYTON GROUP SERVICES, INC., et al.; CV 09-00304 SOM-BMK
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION