IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII MOTORSPORTS INVESTMENT, INC., a Hawaii corporation, and its limited partner, HAWAII MOTORSPORTS CENTER LIMITED PARTNERS,<br><br>       Plaintiffs,<br><br>  vs.<br><br>CLAYTON GROUP SERVICES, NC., formerly known as CLAYTON ENVIRONMENTAL ENGINEERING and CLAYTON ENVIRONMENTAL CONSULTANTS, INC., now known as BUREAU VERITAS NORTH AMERICA, IN., a Delaware corporation doing business in Hawaii; DOES 1-10,<br><br>       Defendants.<br>_____ | CIVIL NO. 09-00304<br><br>ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 1, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 22, 2010.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Hawaii Motorsports Investment, Inc. v. Clayton Group Services, Inc., et al.; Civil No. 09-00304 SOM/BMK; ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION